Carla WESTON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 599, 2016

Supreme Court of Delaware.

Submitted: February 13, 2017

Decided: March 27, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1510005516

AFFIRMED.

Robert CONAWAY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 85, 2017

Supreme Court of Delaware.

Submitted: March 9, 2017

Decided: March 27, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1403003136A and 1403003136B

DISMISSED.